IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES EDWARD GRANT,

    Petitioner,        ORDER

 v.              08-cv-669-slc
DEBRA BARTH of Columbus, WI,

    Respondent.

---

JAMES EDWARD GRANT,

    Petitioner,        ORDER

 v.              08-cv-672-slc
MR. T. SCHAEFER, MR CAHILL, MR. MAICKE,
MR. VANDERMOLEN, GREG BROCKMEYER,
MR. TWOMBLY (LT. TWOMBLY), MR.
BUCHMAN and MR. MCMURTY,

    Respondents.

---

  Petitioner James Grant, a prisoner at the Dane County Jail in Madison, Wisconsin, has submitted proposed complaints in these cases. He asks for leave to proceed *in forma pauperis*. Because petitioner is a prisoner, he is subject to the 1996 Prisoner Litigation Reform Act. This means that before this court may decide whether he can proceed with his complaint *in forma pauperis*, petitioner will have to make initial partial payments of the $350 filing fees in the amount of $.52 and the remainder of the fees in monthly installments even if his request for leave to proceed is denied.

ORDER

IT IS ORDERED that petitioner is assessed $.52 initial partial payments of the $350 fees for filing these cases. He is to submit a check or money order made payable to the clerk of court on or before December 12, 2008. If, by December 12, 2008, petitioner fails to make the initial partial payments or show cause for his failure to do so, he will be held to have withdrawn these actions voluntarily. In that event, the clerk of court is directed to close these files without prejudice to petitioner's filing his cases at a later date.

Entered this 21st day of November, 2008.

BY THE COURT:

/s/

_____
STEPHEN L. CROCKER
Magistrate Judge