# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| JAMES EDWARD GRANT, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | Case No.: 08-cv-669-slc |
| v. | |
| DEBRA BARTH of Columbus, WI, | |
| Respondent. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondent.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin

_____        _____1/9/09_____
**by Deputy Clerk**                                                              Date